IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RONALD ALAN CASTRO, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Case No. 06-191-HU |
| v. ) | |
| ) | O R D E R |
| GUY HALL, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

    Samuel C. Kauffman
    Garvey Schubert Barer
    Eleventh Floor
    121 S. W. Morrison Street
    Portland, Oregon  97204-3141

        Attorney for Petitioner

    Hardy Myers
    Attorney General
    Lester R. Huntsinger
    Senior Assistant Attorney General
    Department of Justice
    1162 Court Street, N. E.
    Salem, Oregon  97301-4096

        Attorneys for Respondent

Page 1 - ORDER

KING, Judge:

The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on May 7, 2008. Petitioner filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982). This court has, therefore, given <u>de novo</u> review of the rulings of Magistrate Judge Hubel.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Hubel dated May 7, 2008 in its entirety.

IT IS HEREBY ORDERED that petitioner's habeas corpus petition is denied. The proceeding is dismissed with prejudice.

DATED this ___21st___ day of May, 2008.

                     /s/ Garr M. King
                     GARR M. KING
                     United States District Judge

Page 2 - ORDER